

1983
HGD
NG

FILED
2016 SEP 23 A 10: 57
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

HERBERT FLEMING

Inmate Identification Number: AIS #139748

_____

(Enter above the full name of the plaintiff
in this action)

> **NOTICE TO FILING PARTY**
>
> *It is your responsibility to notify the clerk in writing of any address change.*
>
> *Failure to notify the clerk may result in dismissal of your case without further notice.*

vs.

CHRISTOPHER GORDY, WARDEN AT
LIMESTONE CORR. FAC.; GUY NOE,
WARDEN AT DECATUR COMM. WORK
CENTER; NATHANIEL JOHNSON, OFFICER
AT DECATUR COMM. WORK CENTER; CODY
PRICE, HEARING OFFICER; BRADRICK
FILES; AND JENNIFER TAYLOR, et AL.

(Enter above full name(s) of the defendant(s)
in this action)

CV-16-HS-1574-NE

I.   Previous lawsuits

   A.   Have you begun other lawsuits in state or federal court(s) dealing with the
        same facts involved in this action or otherwise relating to your imprisonment?
        Yes (   )        No ( ✓ )

   B.   If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more
        than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the
        same outline.)

        1.   Parties to this previous lawsuit:

             Plaintiff:        N/A

             Defendant(s):     N/A

2

2. Court (if Federal Court, name the district; if State Court, name the county) **N/A**

3. Docket number **N/A**

4. Name of judge to whom case was assigned **N/A**

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) **N/A**

6. Approximate date of filing lawsuit **N/A**

7. Approximate date of disposition **N/A**

II. Place of present confinement **LIMESTONE CORR. FACILITY**

A. Is there a prisoner grievance procedure in this institution?
Yes ( )   No (✓)

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?   Yes (✓)   No ( )
EVEN THOUGH THERE IS NOT A PRISONER GRIEVANCE PROCEDURE.

C. If your answer is YES:

1. What steps did you take? TALKED TO LT. BROOKS AND HE TALKED TO WARDEN NOE, WARDEN GORDY BUT THEY WOULD NOT LIFT THE FREEZE OFF OF THE ($1,365.00) DOLLARS of U.S. CURRENCY IN MY P.M.O.D. ACCOUNT.

2. What was the result? DENIED, AND I WAS TOLD THAT I COULD HAVE MY MONEY WHEN I GET OUT OF PRISON.

D. If your answer is NO, explain why not: THERE IS NOT A PRISONER GRIEVANCE SYSTEM WITHIN THE ALABAMA DEPARTMENT OF CORRECTIONS SO MY ONLY OPTION WAS TO FILE A 1983 CIVIL ACTION COMPLAINT.

3

TAKEN UNDER LINE # 21 OF THE WARDEN'S ACTION DATE, SEE ATTACHED PLAINTIFF'S EXHIBIT A. THE ($1,365.00) DOLLARS OF U.S CURRENCY WAS PLACED IN MY P.M.O.D. ACCOUNT ON MARCH 25, 2016 BY OFFICER NATHANIEL JOHNSON. SEE ATTACHED PLAINTIFF'S EXHIBIT B. ON MARCH 25, 2016, DURING THE SEARCH AND SEIZURE OF THE ($1,365.00) DOLLARS OF U.S. CURRENCY THAT BELONGED TO ME I WAS DRIVING THE INSTITUTIONAL PRISON VAN TAKING INMATES TO AND FROM WORK. I WAS NOT ON THE PREMISES OF THE DECATUR COMM. WORK CENTER WHEN OFFICER NATHANIEL JOHNSON SEARCHED MY PERSONAL PROPERTY AND SEIZED THE ($1,365.00) DOLLARS OF U.S. CURRENCY. THE ($1,365.00) DOLLARS OF U.S. CURRENCY IS FROZE IN MY P.M.O.D. ACCOUNT AND I AM BEING TOLD BY THE DEFENDANT'S THAT I CAN HAVE IT WHEN I'M RELEASED FROM PRISON

V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

I WOULD LIKE FOR THE COURT TO ISSUE AN ORDER TO THE DEFENDANTS' IN THIS ACTION TO TAKE THE FREEZE OFF OF THE ($1,365.00) DOLLARS OF U.S CURRENCY THAT IS IN MY P.M.O.D. ACCOUNT SO I CAN PURCHASE HYGIENE AND OTHER ITEMS OFF OF THE CANTEEN. I WOULD ALSO LIKE FOR THE COURT TO ORDER THE DEFENDANTS TO PAY THE FILING FEE IN THIS CASE BECAUSE THEY VIOLATED MY CONSTITUTIONAL RIGHT TO DUE PROCESS.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on SEPTEMBER 18TH 2016

Herbert Fleming
SIGNATURE HERBERT FLEMING
ADDRESS LIMESTONE CORR. FACILITY
28779 NICK DAVIS RD.
HARVEST, ALABAMA 35749
AIS # 139248

5

Alabama Department of Corrections

DISC004

## DISCIPLINARY REPORT
### 403A Warden Decision

Incident Report Number: DCBF-16-00285

1. Inmate: FLEMING, HERBERT    Custody: MIN-OUT    AIS: 00139748A
2. Institution: DECATUR COMM WORK CENTER    Disc #: DCBF-16-00285-2
3. The above inmate is being charged by: JOHNSON, NATHANIEL E
   with a violation of the following Rule(s):
   934 - Possession of contraband
   From Administrative Regulation #403, which occured on or about:
   Mar 25 2016 5:03PM at DCBF/CWC Processing Room

   A hearing on this charge will be held after 24 hours from being served.
4. Circumstances of the violation(s) are as follows:
   On March 25, 2016 at approximately 5:24 PM Officer Nathaniel Johnson confiscated one thousand three-hundred and sixty five dollars U.S. currency ($1,365.00) from inside a hand-made picture album belonging to inmate Herbert Fleming B/M 139748. This is in a direct violation of ADOC rules and regulations possession of contraband.

| 03/25/2016 | JOHNSON, NATHANIEL E / Officer |
|---|---|
| Date | Arresting Officer Name / Title |

5. I hereby certify that on this 26th day of March, 2016, at (time) 18:45:00, I have personally served a copy of the foregoing upon the above named inmate and I have informed the inmate of his/her right to present oral or written statement at the hearing and to present written questions for the witnesses.

| PARRISH, JANSSEN W | Inmate Refused to Sign |
|---|---|
| Serving Officer Name / Title | Inmate's Signature / AIS Number |

6. Witnesses desired?    NO: Inmate Refused to Sign    YES:
                                   Inmate's Signature                        Inmate's Signature

7. If yes, list: N/A

8. Hearing Date: March 28, 2016    Time: 15:35:00    Place: Processing Room
9. Inmate must be present in Hearing Room. If he / she is not present, explain in detail on additional page and attach.
10. The Arresting Official, Inmate, and all Witnesses were sworn to tell the truth.

PRICE, CODY L
Hearing Officer Name / Title

11. A finding is made that the inmate is capable of representing himself / herself.

PRICE, CODY L
Hearing Officer Name / Title

12. Plea:    FLEMING, HERBERT / 00139748A      Guilty

13. Arresting Official's testimony (at the hearing):
Officer Johnson's sworn statement was not read aloud due to Inmate Fleming's sworn guilty plea (see attached). Hearing Officer did accept Officer Johnson's sworn statement as evidence.

14. Inmate's testimony:
"I'm guilty."

15. The inmate was allowed to submit question(s) to all witnesses. Copy of questions and answers are attached.

PRICE, CODY L
Hearing Officer Name / Title

PLAINTIFF EXHIBIT A

Alabama Department of Corrections

DISC004

## DISCIPLINARY REPORT CONTINUATION DCBF-16-00285-2
### 403A Warden Decision

**16. The following witnesses were not called:**
   N/A

**17. After hearing all of the testimony, the Hearing Officer makes the following findings of fact (Be Specific):**

**The hearing Officer finds that:**

Hearing Officer will accept Officer Johnson's sworn statement as truthful and factual. The Hearing Officer accepts inmate Fleming's verbal testimony, admitting guilt as truthful and factual. The Hearing Officer finds that Officer Johnson did confiscate ($1365) U.S. Currency from inmate Fleming's property. All were sufficient to satisfy the Hearing Officer's finding of guilty.

**18. Basis for finding of fact:**

Officer Johnson's sworn statement and inmate Fleming's verbal admission were sufficient to satisfy the Hearing Officer's finding of guilty.

**19. Hearing Officer's decision:** [X] Guilty    [ ] Not Guilty    [ ] Recommend for reinitiation

**20. Hearing Officer's recommendation of sanction(s) to be taken against this inmate:**

[ ] Counseling / Warning

[X] Extra Duty for 60 days at 2 hours per day under supervision ANY Shift, as of 03/28/2016

[X] Loss of Outside privileges for 60 days, as of 03/28/2016

[X] Loss of Canteen privileges for 60 days, as of 03/28/2016

[X] Loss of Telephone privileges for 60 days, as of 03/28/2016

[X] Loss of Visiting privileges for 60 days, as of 03/28/2016

[ ] Removal from Hobby Craft

[ ] Loss of Good Time ____ Yrs ____ Mos ____ Dys

[X] Disciplinary Seg for 45 days

[X] Recommend Custody Review

[ ] Recommend Job Change

[ ] Financial Compensation _____

**Community Based Institutions Only:**

[ ] Draw cut to __ (min $25) for __ days

[ ] Restriction / State Whites for ____ days

[ ] Loss of Passes for ____ days

[ ] Return to Inmate Staff for ____ days

PRICE, CODY L
Hearing Officer Name / Title

**21. Warden's Action - Date:** 03/28/2016

**Approved** Bradrick Files

**Disapproved**

**Other (specify)**

**22.** I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above named inmate on this the _28_ day of _March_, 20_16_ at (time) _11:00_ ( am /(pm))

**23.** _____    Herbert Fleming 139748
Serving Officer Name / Title                Inmate's Signature / AIS Number

Run Date: 3/28/2016 4:08:01 PM                                                                                              Page 2 of 3

| NOTES | | |
|---|---|---|
| | **RECEIPT** DATE 3-25-16 NO. 545295 | |
| | RECEIVED FROM Herbert Fleming B/M 139748 | |
| | ADDRESS | |
| | $ $1,365.00 | |
| | FOR PMOD Account | |

| ACCOUNT | | HOW PAID | |
|---|---|---|---|
| AMT OF ACCOUNT | | CASH $1,365.00 | |
| AMT PAID | | CHECK | |
| BALANCE DUE | | MONEY ORDER | |

BY N. Johnson

©2001 REDIFORM ® 8L818